# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SinglePoint Direct Solar, LLC, and SinglePoint, Inc., | **CASE NO. CV-21-01076-PHX-JAT (Lead)** <br> **CASE NO. CV-21-00989-PHX-JAT (Cons.)** |
| Plaintiffs, | |
| vs. | **ORDER** |
| Solar Integrated Roofing Corp, Inc., USA Solar Network, LLC, | |
| Defendants. | |

On December 22, 2022, the Court issued the following Order based on the stipulation of the parties:

> **IT IS ORDERED** granting the Stipulated Motion (Doc. 179). The claims filed by SinglePoint, Inc. and SinglePoint Direct Solar, LLC against Pablo Diaz Curiel, Kjelsey Johnson, Brian odle, Elijah Chaffino, Christina Berume, Jessica Hernandez, JAGUSA Holdings, LLC, Direct Solar, LLC, AI Live Transfers, LLC and Dan Shikiar are dismissed, with prejudice with each side to bear its own fees and costs.
> **IT IS FURTHER ORDERED** that the counterclaims filed by Pablo Diaz, individually and derivatively on behalf of Nominal Counterdefendant SinglePoint Direct Solar LLC, JAGUSA Holdings, LLC, Elijah Chaffino, Kjelsey Johnson, Brian Odle, Direct Solar, LLC and AI Live Transfers are dismissed with prejudice, with each side to bear its own fees and costs.
> …
> **IT IS FURTHER ORDERED** that by January 5, 2023, Plaintiff shall clarify whether this Order dismissed the counterclaims in their entirety and whether the consolidated action (CV 21-989) can now be dismissed.

(Doc. 180)

On December 28, 2023, Plaintiff filed the requested clarification and stated:

> The Stipulation for Partial Dismissal with Prejudice (Dkt. 179) and corresponding Order (Dkt. 180), all counterclaims asserted in the

-1-

Consolidated Action (CV-21-00989) have been dismissed. The Consolidated Action can be dismissed in its entirety and with prejudice. Plaintiffs' claims against Solar Integrated Roofing Corporation and USA Solar Network, LLC remain at issue in the lead case, CV-21-01076.

(Doc. 181).

Unfortunately, the clarification does not address the Court's full inquiry. Specifically, the Counterclaim at Doc. 100 brings a "counterclaim" against Greg Lambrecht, Wil Ralston, and Corey Lambrecht. These three individuals were never Plaintiffs in CV 21-1076; thus, for purposes of CV 21-1076 they could at most be third-party Defendants. However, they were named as Defendants in CV 21-989. And it appears that they accepted service on July 9, 2021, in CV 21-989. After these cases were consolidated, when counsel for Plaintiffs answered the "counterclaim", counsel answered on behalf of the "SinglePoint Parties" without ever specifying who that includes. (Doc. 141 in CV 21-1076) or whether they were accepting that Greg Lambrecht, Wil Ralston, and Corey Lambrecht were proper "counterdefendants" by virtue of the consolidation. It appears undisputed that Greg Lambrecht, Wil Ralston, and Corey Lambrecht do not have any claims against Solar Integrated Roofing Corporation and USA Solar Network, LLC in CV 21-1076 even though the clarification uses "Plaintiffs" plural without specificity as to which Plaintiffs' claims remain at issue.

At bottom, the Court has been trying to determine whether Greg Lambrecht, Wil Ralston, and Corey Lambrecht can be dismissed from this action by virtue of the dismissal of the counterclaim and corresponding dismissal of CV 21-989. Despite the opaqueness of the record, the Court believes the dismissal of CV 21-989 will result in the dismissal of Greg Lambrecht, Wil Ralston, and Corey Lambrecht. If this Order is incorrect, the parties are reminded that under Local Rule 7.2(g) they have only 14 days to move for reconsideration.

Based on the foregoing,

**IT IS ORDERED** that CV 21-1076 and CV 21-989 are unconsolidated.

**IT IS FURTHER ORDERED** that CV 21-989 is dismissed with prejudice.

1 **IT IS FURTHER ORDERED** that Greg Lambrecht, Wil Ralston, and Corey Lambrecht are dismissed, with prejudice.

**IT IS FURTHER ORDERED** that the counterclaim in CV 21-1076 is dismissed in its entirety with prejudice.  As a result, **IT IS FURTHER ORDERED** that all Doe counterdefendants are dismissed.

**IT IS FINALLY ORDERED** that (only) the claims of SinglePoint, Inc. and SinglePoint Direct Solar, LLC against Solar Integrated Roofing Corporation and USA Solar Network, LLC remain pending in CV 21-1076 (the Clerk of the Court shall not enter judgment at this time).

Dated this 11th day of January, 2023.

_James A. Teilborg_
Senior United States District Judge